UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DEMONT WAITES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:10CV177 SNLJ |
| | ) | |
| CRYSTAL STEWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for reconsideration. On November 17, 2010, the Court dismissed this action under 28 U.S.C. § 1915(e) because the complaint was legally frivolous and failed to state a claim upon which relief could be granted. One reason for the dismissal of the individual defendants in this case was that plaintiff had brought only official capacity claims against them and defendants are employed by the State of Missouri. Plaintiff now moves the Court to reconsider the dismissal of this case because he would now like to sue defendants in their individual capacities. Plaintiff has not submitted a proposed amended complaint.

Rule 60(b) "provides for extraordinary relief which may be granted only upon an adequate showing of exceptional circumstances." United States v. Young, 806 F.2d 805, 806 (8th Cir. 1986) (per curiam), cert. denied, 484 U.S. 836 (1987).

Plaintiff's pro se status or lack of legal knowledge is not an exceptional circumstance that warrants relief under Rule 60(b). As a result, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [doc. #8] is **DENIED**.

Dated this 28th day of March, 2011.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE